Process is **GRANTED,** and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED.**

■

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**James GREGORY, a/k/a Gregory James, Petitioner.**

Supreme Court of Pennsylvania.

June 3, 2009.

### ORDER

PER CURIAM.

AND NOW, this 3rd day of June, 2009, the Petition for Allowance of Appeal is **DENIED.**

Justice GREENSPAN did not participate in the consideration or decision of this matter.